DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY FERRARO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-113

[September 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562011CF002629C.

Gregory Ferraro, Fort Pierce, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST and KLINGENSMITH, JJ., concur.
WARNER, dissents with opinion.

WARNER, J., dissenting.

On this record, I would reverse and remand for an evidentiary hearing on grounds one through three, as the record does not conclusively refute the claim of ineffective assistance as to counsel's trial strategy. *See Button v. State*, 941 So. 2d 531, 533 (Fla. 4th DCA 2006) ("A trial court cannot deny a motion for post-conviction relief by finding that defense counsel's decision was tactical or trial strategy without first holding an evidentiary hearing.").

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*